IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. BRAMMER,

    Plaintiff,        CV F 06 0777 AWI WMW   P

vs.        ORDER DISMISSING ACTION

KATHY MENDOZA-POWERS, et al.,

    Defendants.
_____/

    Plaintiff is a state prisoner proceeding pro se. Plaintiff has filed a notice of voluntary dismissal, indicating his desire to dismiss this action. The cause of Plaintiff's grievance has been resolved. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff may dismiss this action on his own motion, so long as a responsive pleading has not been filed. There has been no service of process, and a responsive pleading has not been filed.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:   July 13, 2006**        **/s/ Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE

1